ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 120720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>S.C.S.C. INC., a California corporation also known as and doing business as SERVICE CONSTRUCTION OF SOUTHERN CALIFORNIA,<br><br>　　　　　　　　Defendant. | CASE NUMBER<br><br>SACV09-0169 JVS (MLGx)<br><br>ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

PURSUANT TO THE STIPULATION RE DISMISSAL entered by and between the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety with each party to bear its own costs and attorney's fees.

DATED: September 25, 2009

　　　　　　　　　　　　　　　　　　　*/s/ James V. Selna*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA, Judge of the
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT FOR

-1-

1 THE CENTRAL DISTRICT OF CALIFORNIA
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28